# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:11-mj-00142-RJJ |
| v. | MOTION FOR LEAVE TO DISMISS |
| JUSTIN BURNS, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Criminal Complaint filed on February 25, 2011, and requests the case be closed.

Dated this __26th__ day of March 2012.

DANIEL G. BOGDEN
United States Attorney

/s/ Russell E. Marsh
RUSSELL E. MARSH
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing motion for leave to dismiss and the case is ordered closed.

DATED this __27__ day of __March__ 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge